# DEFENDANT INFORMATION SHEET
## NOT TO BE DOCKETED

CR 22-59-4

| TO: Clerk, U.S. District Court | **X** Felony | ☐ Class A Misdemeanor |
|---|---|---|
| **DEFENDANT:** Eladio Otero | **X** Indictment | ☐ Information |
| **DOB (Year Only)** 1981 | **COUNTY OF OFFENSE:** New Castle | |

### OFFENSE(S) & CITATION(S):

Count 1 - Drug Conspiracy to Possess a Controlled Substance with The Intent to Distribute, Title 21 U.S.C. § 846 841(a)(1), (b)(1)(C)

### MAXIMUM PENALTY:

Maximum imprisonment: 20 years
Maximum Statutory fine: $1,000,000
Supervised release: 3-Life
Special assessment: $100

## INSTRUCTIONS

☐ Order to Produce for Arraignment on: _____ at 1:00 p.m.

**X** Issue Arrest Warrant upon signing of Order

☐ Issue Summons for Initial Appearance on: _____ at _____

☐ Interpreter Needed   Language _____

## DEFENDANT INFORMATION

Defendant's Address: ███████

City: Wilmington    County: New Castle    State: Delaware    Zip: _____

Date of Arrest: _____    Date of 1st Appearance in this District: _____

Bail Set: _____    Date Made: _____    Remains in Federal Custody ☐



*/s/ Kevin P. Pierce*
Assistant United States Attorney