# DEFENDANT INFORMATION SHEET
## NOT TO BE DOCKETED

CR 22-59-1

**TO:** Clerk, U.S. District Court     [X] Felony     [ ] Class A Misdemeanor

**DEFENDANT:** Jonathan Gutierrez-Diaz     [X] Indictment     [ ] Information

**DOB (Year Only)** 1989     **COUNTY OF OFFENSE:** New Castle

## OFFENSE(S) & CITATION(S): / MAXIMUM PENALTY:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTY |
|---|---|
| Count 1 - Drug Conspiracy to Possess a Controlled Substance with The Intent to Distribute, Title 21 U.S.C. § 846 841(a)(1), (b)(1)(C) | Maximum imprisonment: 40 years<br>Minimum imprisonment: 5 years<br>Maximum fine: $5,000,000<br>Supervised release: 3-Life<br>Special assessment: $100 |
| Count 2 - Possession a Controlled Substance with The Intent to Distribute – Cocaine Title 21 U.S.C. § 841(a)(1), (b)(1)(B) | Maximum imprisonment: 40 years<br>Minimum imprisonment: 5 years<br>Maximum fine: $5,000,000<br>Supervised release: 3-Life<br>Special assessment: $100 |
| Count 3 - Possession a Controlled Substance with The Intent to Distribute – Fentanyl Title 21 U.S.C. § 841(a)(1), (b)(1)(B) | Maximum imprisonment: 40 years<br>Minimum imprisonment: 5 years<br>Maximum fine: $5,000,000<br>Supervised release: 3-Life<br>Special assessment: $100 |
| Count 4 - Possession of a Controlled Substance with The Intent to Distribute – Cocaine Base Title 21 U.S.C. § 841(a)(1), (b)(1)(C) | Maximum imprisonment: 20 years<br>Maximum Statutory fine: $1,000,000<br>Supervised release: 3-Life<br>Special assessment: $100 |
| Count 5 - Possession of Firearm in Furtherance of Drug Trafficking Title 18 U.S.C. § 924(c) | Mandatory: 60 months consecutive to any other conviction;<br>Maximum imprisonment: Life;<br>Maximum Statutory fine: $250,000<br>Maximum period of supervised release: 3 years<br>Special assessment: $100 |
| Count 6 - Maintaining drug-involved premises Title 21 U.S.C. § 856 | Maximum imprisonment: 20 years<br>Maximum Statutory fine: $500,000<br>Supervised release: 3 year<br>Special assessment: $100 |



RECEIVED JUN 28 2022 US DISTRICT COURT DISTRICT OF DELAWARE

## INSTRUCTIONS

| X | Order to Produce for Arraignment on: | at 1:00 p.m. |

| | Issue Arrest Warrant upon signing of Order |

| | Issue Summons for Initial Appearance on: | at |

| | Interpreter Needed | Language |

## DEFENDANT INFORMATION

Defendant's Address: ███████████

City: Wilmington   County: New Castle   State: Delaware   Zip:

Date of Arrest: 6/3/2022   Date of 1st Appearance in this District: 6/6/2022

Bail Set:   Date Made:   Remains in Federal Custody  [X]

*/s/ Kevin P. Pierce*
Assistant United States Attorney